**No. 09-10656. Steven Crain, Petitioner v. Nevada Parole and Probation, et al.**

561 U.S. 1050, 131 S. Ct. 49, 177 L. Ed. 2d 1139, 2010 U.S. LEXIS 5651.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1032, 130 S. Ct. 3519, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5395.